IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ProtoSands LLC ) | |
| ) | Case No. 1:23-cv-2738 |
| v. ) | |
| ) | Judge: Hon. Lindsay C. Jenkins |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey T. Gilbert |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, ProtoSands LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 27 | EricWu Car Store | 1101321171 |
| 60 | MBTY Store | 1101835655 |
| 65 | YUNNE Wholesale Store | 1102047495 |
| 73 | bueqcy (7-14 Days) | A1290TTVB5U3GC |
| 83 | KODEQ(7-15 Days Deliver) | A1F03HGTEWM2A9 |
| 86 | dzT1968 | A1L0ABPHBWS86G |
| 89 | DerbaeeoUS | A1NJJNOL2UT23X |
| 92 | *Amazon*.co*m* | A1PA8BGYA4CFU9 |
| 94 | Womens Summer Tops 2023 on Sale | A1QHMOY7H6D6US |
| 104 | BeyondLt | A28FTDWE6O0KWB |
| 115 | TOTGO US | A2MXPZ0V1IUCVV |
| 123 | Racsoh-US | A2VFWFRSSBI1W2 |
| 128 | GiftSto | A319F42LBK7O0K |
| 137 | Rgogak【24-Hour Service】 | A3GAP2X227XO6S |
| 138 | MAIBIAN | A3MF01TZTXVQQI |
| 144 | 7-15 Days Fast Delivery | A3QIXISDM1LZH5 |
| 148 | 7-15 Days Delivery | A3U2X04RHNY0TP |

| 152 | HULU wawa | A5Q5WWI8KP60H |
|---|---|---|
| 155 | QXWKA | A6ZGJQJKZVWQH |
| 156 | cd&uev | A72VE1R7FWFV9 |
| 157 | Delivey 1-2 weeks,not want to be 3 | A90VYXEEU0WAF |
| 163 | Love Her(7-15 Days Fast Delivery) | AGX0IJNKZ0WWW |
| 167 | Godemmio | AO12NV9OTDC2H |
| 169 | PETSBURG LLC | AV0LN6NSBXKKY |
| 284 | Life House 'S Choice Co.ltd | 101192476 |
| 294 | JIUKE | 101196019 |
| 309 | OZUJIE | 101213916 |
| 312 | Fashion Wardrobe Co.ltd | 101216524 |
| 318 | comely Co.Ltd | 101221732 |
| 328 | QIAN GONG Co. ltd | 101227904 |
| 329 | Beautiful Today Co.Ltd | 101229168 |
| 331 | shikezhaoming Co.ltd | 101229655 |
| 349 | lixingHuangWangluo Co.ltd | 101257360 |
| 366 | Vntub | 101276537 |
| 373 | JINCHANG Co.ltd | 101282058 |
| 402 | Shenzhen Peiyuanxin E-commerce Co. | Seller5-18988 |

Dated: July 10, 2023         Respectfully submitted,

By:      s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

2